Gennifer L. Bridges
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
(407) 540-6600
gbridges@burr.com
*Pro Se*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| NATIONAL ARBITRATION ASSOCIATION, | |
|---|---|
| Plaintiff, | Case No: 2:23-cv-00541-JAD-BNW |
| v. | GENNIFER L. BRIDGES' MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING |
| GENNIFER L. BRIDGES, | |
| Defendant. | |

I, GENNIFER L. BRIDGES ("Bridges"), named as a party in the above-captioned matter, appearing specially for the limited purpose of bringing this Motion and reserving all jurisdictional defenses and arguments, respectfully asks the Court for permission to participate in and register for electronic case filing CM/ECF system ("e-filing") in this case pursuant to LR-2-1(b). I hereby affirm that:

1. I have reviewed the requirements for utilizing the electronic filing system, including LR IC 2-1 and 2-2, and agree to abide by them.

2. I understand and agree that in order to file within the e-filing system, I must first obtain an order granting this motion.

3. Following entry of an order granting this motion, I understand and acknowledge that, in order to e-file within the Court's electronic system, I must (1) obtain a PACER account; (2) complete the e-filing registration for the District of Nevada through

1

1  Manage PACER Account, and (3) review and be familiar with the Local Rules for the
2  Electronic Filing procedures in the District of Nevada.

3  4. I understand that once I register for e-filing following entry of an order granting this
4  Motion, I will receive notices and documents only by email in this case and not be
5  regular mail.

6  5. I have regular access to all of the following technical requirements necessary to e-file
7  successfully:

8      a. A computer with internet access;

9      b. An email account I have access to on a daily basis to receive notifications from
10        the Court and notices from the e-filing system.

11     c. A scanner to convert documents that are only in paper format into electronic
12        files;

13     d. A printer or copier to create required paper copies such as chambers copies;

14     e. A word-processing program to create documents; and

15     f. A pdf reader and a pdf writer to convert word processing documents into pdf
16        format, the only electronic format in which documents can be e-filed.

17 Respectfully submitted this 28th day of April, 2023.

_____
Gennifer L. Bridges
200 S. Orange Ave., Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
Email: gbridges@burr.com
*Pro Se Plaintiff, improperly named as "Defendant"
or "Respondent" herein*

| | |
|---|---|
| 1 | Gennifer L. Bridges |
| 2 | 200 S. Orange Avenue, Suite 800 |
| 3 | Orlando, FL 32801 |
| 4 | (407) 540-6600 |
| 5 | gbridges@burr.com |
| 6 | *Pro Se* |

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NATIONAL ARBITRATION ASSOCIATION,

Plaintiff,

v.

GENNIFER L. BRIDGES,

Defendant.

Case No: 2:23-cv-00541-JAD-BNW

**ORDER GRANTING GENNIFER L. BRIDGES' MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING**

The Court has considered Gennifer L. Bridges' Motion for Permission to Use and Register for Electronic Case Filing. Finding good cause, the Motion is GRANTED.

DATED: May 1, 2023

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

4