UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| National Arbitration Association,<br><br>    Petitioner<br><br>v.<br><br>Gennifer L. Bridges,<br><br>    Respondent | Case No.: 2:23-cv-0541-JAD-BNW<br><br>**Order Remanding<br>Improperly Removed Action and Denying<br>Remaining Motions as Moot**<br><br>[ECF Nos. 7, 19, 23] |

This challenge to an arbitration decision found its way to this court when pro se non-attorney Pamela Zander, purportedly acting on behalf of an entity called "the National Arbitration Association," "moved" it from a Florida state court to this U.S. District Court for the District of Nevada.[1] Gennifer Bridges, the plaintiff in the Florida state-court action, moves to strike or remand this case because it was patently improperly removed and has no place in this court from either a procedural or jurisdictional standpoint.[2] Although Zander opposes that motion,[3] she has failed to overcome the fatal deficiencies that Bridges identifies and that require this court to send this case back to the Florida court whence it was improperly removed.

Because, at a minimum, the removal of this Florida state-court action to this U.S. District Court for the District of Nevada was improper under 28 U.S.C. § 1441(a), which permits removal "to the district court of the United States for the district and division embracing the place where such action is pending," **IT IS ORDERED that:**

- The Motion to Remand **[ECF No. 7] is GRANTED**;

---

[1] ECF No. 1.
[2] ECF No. 7.
[3] ECF No. 12.

- All remaining motions **[ECF Nos. 19, 23] are DENIED** as moot; and
- The Clerk of Court is directed to REMAND this case back to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, 425 N. Orange Avenue, Orlando, Florida 32801; Case No. 2023-CA-000785-O, and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
July 17, 2023